**DISMISS; and Opinion Filed August 1, 2013.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-13-00736-CV**

**IN THE INTEREST OF S.J.N.P. AND L.D.M., CHILDREN**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-11-1847**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Fillmore

Before the Court is appellant Angela Elizabeth Heironimus's Voluntary Motion to Dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

130736F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.J.N.P. AND
L.D.M., CHILDREN,

No. 05-13-00736-CV

On Appeal from the 397th Judicial District
Court, Grayson County, Texas,
Trial Court Cause No. FA-11-1847.
Opinion delivered by Justice Fillmore,
Justices O'Neill and Francis participating.


In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 1st day of August, 2013.


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE